# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL CASE NO.** |
| v. | ) | **1:14cr653-MHT** |
| | ) | **(WO)** |
| **ALBERT DOUGLAS GAMBLE** | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on May 22, 2015, this Court entered a preliminary order of forfeiture (doc. no. 27) ordering defendant Albert Douglas Gamble to forfeit his interest in the following property**:** one HP Pavilion Slimline desktop computer, bearing serial number MXX6490T1**7**;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant; the government gave defendant notice in the indictment (doc. no. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(a)(2); further, defendant consented to the forfeiture of the property in his plea agreement (doc. no. 22, p. 5); and,

**WHEREAS**, the court finds that defendant Albert Douglas Gamble has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253, and the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 2252A(a)(2);

It is hereby **ORDERED** that the United States' motion for a final order of forfeiture (doc. no. 53) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253: **one HP Pavilion Slimline desktop computer, bearing serial number MXX6490T17**.

2. All right, title and interest to the property described above is hereby condemned, Forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The Clerk of the Court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 22nd day of October, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE